127 A.3d 1290

Gregory Shane KINNARD Jr., Petitioner

v.

Honorable Michael A. GEORGE, President Judge of the 51st District Court of Adams County, Respondents.

No. 160 MM 2015.

Supreme Court of Pennsylvania.

Dec. 8, 2015.

## ORDER

PER CURIAM.

AND NOW, this 8th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Quo Warranto is **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.